## THOMAS SMITH *v.* COMMISSIONER OF CORRECTION
### (AC 23352)

Schaller, West and Hennessy, Js.

Submitted on briefs March 21—officially released April 15, 2003

Per Curiam. The appeal is dismissed.

## KEVIN L. STROBEL *v.* ROSE LI-HWA STROBEL
### (AC 22871)

Lavery, C. J., and Dranginis and Flynn, Js.

Submitted on briefs March 21—officially released April 15, 2003

Per Curiam. The judgment is affirmed.

## CITY FISH MARKET, INC. *v.* LEON VARIPAPA
### (AC 23113)

Foti, West and Dupont, Js.

Argued March 26—officially released April 15, 2003

Per Curiam. The judgment is affirmed.